IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CAMILLA ANITA WYNN, | : | Case No. 3:13-cv-94 |
| Plaintiff, | | |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| EVANHOE & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

**ORDER FOR PRELIMINARY PRE-TRIAL CONFERENCE**

This *pro se* case was recently transferred to the undersigned by U.S. Magistrate Judge Michael R. Merz.  *See* doc. 5.  The matter was referred to a Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order No. Day 12-03.

The record reflects that the preliminary pretrial conference set for May 9, 2013 has been vacated due to Plaintiff's failure to comply with Fed. R. Civ. P. 26.  *See* doc. 5.  Defendants filed their Rule 26(f) Report; *pro se* Plaintiff, however, refused to participate in the Rule 26(f) conference.  *See* doc. 4.

The undersigned hereby **RESCHEDULES** the preliminary pretrial conference by telephone for **Wednesday, May 22, 2013 at 1:30 p.m.**[1]  *Pro se* Plaintiff and counsel for Defendant are directed to call 1-877-336-1839, enter access code 2725365 and security code 123456, and wait for the Court to join the conference.

---

[1] If the above-listed date or time conflicts with a previously set matter in another court, counsel with the conflict may obtain a continuance by filing a motion that includes alternative dates on which all parties will be available.

Plaintiff shall file her Rule 26(f) Report on or before **May 15, 2013**. Conversely, Plaintiff may contact Defendants' counsel to negotiate a discovery plan and an amendment of the Rule 26(f) Report they filed. **If no other Rule 26(f) Report is filed on or before May 15, 2013, the Court will adopt the dates proposed by Defendants**.

Plaintiff, as a *pro se* litigant without access to the Court's electronic filing system, is reminded that all documents filed with the Court must be contemporaneously mailed to the counsel for Defendants, and must include a Certificate of Service indicating the date on which the document was mailed. Plaintiff is also ordered to inform the Court and opposing counsel, immediately and in writing, of any changes to her mailing address and/or telephone number. A failure to do so may be cause for the Court to dismiss this case for Plaintiff's lack of prosecution.

The Courts' website (www.ohsd.uscourts.gov) contains copies of the Court's Local Rules, applicable General Orders, and the form for the Rule 26(f) Report. Plaintiff shall contact the Clerk's Office at (937) 512-1400 if she does not have the ability to access the website.

May 1, 2013 s/ **Michael J. Newman**
United States Magistrate Judge