IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CAMILLA ANITA WYNN, | : | Case No. 3:13-cv-94 |
| Plaintiff, | | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| v. | : | |
| EVANHOE & ASSOCIATES, ET AL., | | |
| Defendant. | : | |

**ORDER**

The Court held a third follow-up telephone conference with counsel for both sides on September 13, 2013. Defendant's counsel advised the Court that all requested discovery has not yet been produced, and Plaintiff's counsel agreed. Plaintiff's counsel is **ORDERED** to produce all outstanding discovery no later than seven days from today, Friday, September 20, 2013. A follow-up telephone conference regarding this issue will be held on Friday September 20, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

September 13, 2013                                                              /s/ **Michael J. Newman**
                                                                                             United States Magistrate Judge