UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CAMILLA ANITA WYNN,

          Plaintiff,                                Case No.: 3:13-cv-94

  vs.

EVANHOE & ASSOCIATES,                 District Judge Thomas M. Rose
                                              Magistrate Judge Michael J. Newman

          Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 12)

Before the Court is the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 12), concerning a request by Plaintiff to dismiss her case without prejudice. Magistrate Judge Newman recommended that Plaintiff's Motion be granted. Neither Plaintiff nor Defendant has opposed the Report and Recommendation, and the time for doing so has expired. Having carefully reviewed this matter, and considered the Magistrate Judge's Report and Recommendation *de novo* as required by Fed. R. Civ. P. 72(b), the Court rules as follows:

1. The Magistrate Judge's Report and Recommendation dated September 25, 2013 (doc. 12) is **AFFIRMED**;

2. Plaintiff's Motion to Dismiss without prejudice (Doc. 11) is **GRANTED**;

3. And this matter is hereby **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: October 18, 2013                        *s/THOMAS M. ROSE

                                         —————————————————————
                                              Thomas M. Rose
                                          United States District Judge